# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| Preston Deal Kemp III,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-10660-DJB |

## Motion to Modify Plan After Confirmation

Debtor Preston Deal Kemp III, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on February 20, 2025.

2. The plan was confirmed on May 8, 2025.

3. The Debtor wants to amend his plan to surrender his vehicle to the lender.

4. The Debtor asks this Court to approve the proposed plan filed at ECF No. 22.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: August 19, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com