# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| Preston Deal Kemp III, *Debtor*. | Chapter 13<br>Case No. 25-10660-DJB |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 23, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 22) is **APPROVED**.

**Date:**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge